```
JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
HOLLY A. VANCE
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov
```

*Attorneys for Defendant Bureau of Land Management*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; an agency of the United States, and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No. 2:22-cv-00435-APG-BNW<br><br>**Stipulation and Order for Extension of Time**<br><br>**(First Request)** |

Plaintiff Sterling Hardisty Taylor, and Defendant United States Department of Agriculture, United States Forest Service hereby stipulate and agree that Defendant may have a seven-day extension of time, from August 19, 2022 to August 26, 2022, to reply to Plaintiff's Response to Defendant's Motion to Transfer Venue to District of Utah (ECF No. 10).

An extension is warranted for three reasons. First, defense counsel's office has lost a number of attorneys and staff. As a result, defense counsel is handling a higher-than-normal caseload. Second, only a limited number of attorneys and support staff work in defense counsel's office at any given time due to the pandemic, thereby slowing the time it

takes to process and complete required tasks. Third, defense counsel's calendar has been busier than normal with multiple filing deadlines in several cases, including two before the Ninth Circuit. Under the circumstances, good cause exists to extend the deadline for Defendant to file its reply to Plaintiff's Response to Defendant's Motion to Transfer Venue to District of Utah. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*, extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

This is Defendant's first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 19th day of August, 2022.

| | |
|---|---|
| GELLIAN WELKER & BECKSTROM, L.C. | JASON M. FRIERSON United States Attorney |
| *s/ Nathan E. Lawrence* NATHAN E. LAWRENCE Attorney for Plaintiff | *s/ Holly A. Vance* HOLLY A. VANCE Attorney for Defendant |

**IT IS SO ORDERED.**

Dated: August 22, 2022.

_____
UNITED STATES DISTRICT JUDGE