UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, US FORESTRY SERVICE,<br><br>    Defendant | Case No.: 2:22-cv-00435-APG-BNW<br><br>**Order Setting Hearing**<br><br>[ECF Nos. 9, 14] |

Oral argument on the defendant's motion to transfer venue (ECF No. 9) and the plaintiff's motion for leave to file surreply (ECF No. 14) will be held on Friday, November 4, 2022 on a stacked calendar beginning at 9:00 a.m. in the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law.  Each side will be limited to 10 minutes of argument time.  Judge Gordon strongly encourages litigants to permit more junior members of the litigation team (especially for this hearing, Boyd Law graduates) to appear for oral argument.  Judge Gordon will entertain reasonable requests for a more senior attorney to supplement arguments made by a junior attorney.

We have arranged a limited number of reserved parking spaces at UNLV for the lawyers who are arguing cases.  Carpooling is encouraged.  If you would like to park on campus, please notify my chambers (702-868-4940) as soon as possible so your name can be added to the list of reserved parking spaces. First come, first served.

DATED this 19th day of September, 2022.

                                                                ANDREW P. GORDON<br>                                                               UNITED STATES DISTRICT JUDGE