UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, US FORESTRY SERVICE,<br><br>    Defendant | Case No.: 2:22-cv-00435-APG-BNW<br><br>**Order for Supplemental Briefs** |

During oral argument on the defendant's motion to transfer venue and the plaintiff's motion for leave to file a surreply, the parties raised new factual issues that may affect the outcome of those motions. The plaintiff asserted that he was treated by medical professionals in Clark County, Nevada, who likely would be called to testify at trial. The plaintiff also questioned whether employees of non-party American Land & Leisure are relevant witnesses, and where they are located. The defendant asserted that the plaintiff may be a Wyoming resident living near Salt Lake City, rather than a full-time resident of Clark County. These factors impact whether I should transfer the venue of this matter to the District of Utah. I therefore will allow the parties to brief them further. The parties should address these issues:

1. Does the plaintiff live (full-time or part-time) in Wyoming? If so, how often (or for what length of time) does he reside in Wyoming each year? What impact does that have on the convenience of litigating this case in Utah?

2. Who are the plaintiff's medical providers that are likely to testify at trial and where are they located?

3. What roles do American Land & Leisure's employees (and which specific employees) have in the underlying events? Where do those employees live and work? Can the defendant require (contractually or otherwise) American Land & Leisure's employees to appear for trial in Nevada or Utah?

I THEREFORE ORDER the parties to confer about these issues, a briefing schedule, and whether discovery is necessary on these issues before briefs can be prepared. By November 17, 2022, the parties shall file either a stipulated briefing schedule or competing proposed schedules.

DATED this 7th day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE