GALLIAN WELKER & ASSOCIATES, L.C.
Michael I. Welker, NBN 7950
Travis N. Barrick, NBN 9257
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; an agency of the United States, and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.:  2:22-cv-00435-APG-BNW<br><br>**STIPULATION AND ORDER ON SUPPLEMENTAL BRIEFING** |

Pursuant to this Court's November 7, 2022, Order for Supplemental Briefs [ECF No. 21] with respect to the pending Defendant's Motion to Transfer Venue to District of Utah [ECF No. 9], Plaintiff STERLING HARDISTY TAYLOR, by and through the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, by and through JASON M. FRIERSON, United States Attorney for the District of Nevada, hereby stipulate and agree to a supplemental briefing schedule, as follows:

- Initial and concurrent supplemental briefs due by each party on or before December 16, 2022;
- Response briefs due by each party on or before December 23, 2022;
- No reply briefs or surreplies by either party; and
- No formal discovery to be conducted by either party prior to submission of initial or response briefs.

**IT IS SO STIPULATED.**

DATED this 17th day of November 2022.

**GALLIAN WELKER & ASSOCIATES, L.C.**

_____
Michael I. Welker, NBN 7950
Travis N. Barrick, Esq., NBN 9257
Nathan E. Lawrence, Esq., NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
nlawrence@vegascase.com
*Attorneys for Plaintiff*

DATED this 17th day of November 2022.

**JASON M. FRIERSON
United States Attorney, NBN 7709**

/s/ Lindsay Ager_____
Holly A. Vance, Asst. U.S. Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Telephone: 775-784-5438
holly.a.vance@usdoj.gov
Lindsay Ager, NBN 11985
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Lindsay.Ager@usdoj.gov
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED: November 17, 2022

_____
UNITED STATES DISTRICT COURT JUDGE