GALLIAN WELKER & ASSOCIATES, L.C.
Michael I. Welker, NBN 7950
Travis N. Barrick, NBN 9257
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
nlawrence@vegascase.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE; an agency of the United States, and DOES I to X, inclusive; collectively,<br><br>Defendants. | Case No.: 2:22-cv-00435-APG-BNW<br><br>**STIPULATION AND ORDER TO SET CASE DEADLINES AND AMEND NAMED DEFENDANT** |

On January 7, 2023, the Court issued its Order denying Defendants' Motion to Transfer Venue. [ECF No. 30]. Given that the case will be proceeding in the District of Nevada, the parties met and conferred to discuss several issues, including setting case deadlines to keep this case moving forward as expeditiously as possible and to amend the named Defendant in accord with the provisions of 28 U.S.C. §§ 2679(a) ("The authority of any federal agency to sue and be sued in its own name shall not be construed to authorize suits against such federal agency on claims which are cognizable under section 1346(b) of this title, and the remedies provided by this title in

such cases shall be exclusive") and 1346(b)(1).[1] Based on the parties' meet-and-confer efforts, the parties reached the following stipulations:

Plaintiff shall, within seven (7) days after entry of the Order on the instant Stipulation, file his First Amended Complaint to name the Defendant as the UNITED STATES OF AMERICA ("United States").

Defendant United States' deadline to answer or otherwise respond to the First Amended Complaint shall be **March 8, 2023**, which is sixty (60) days after the Court's order denying defendants' motion to transfer venue.

The parties will hold their Federal Rule of Civil Procedure 26(f) conference on or before **March 22, 2023**, which is fourteen (14) days after Defendant United States' deadline to answer or otherwise respond to the First Amended Complaint.

As required by Local Rule 26-1(a), the parties will file a proposed discovery plan and scheduling order on or before **April 5, 2023**, which is fourteen (14) days after the parties' deadline to hold their Rule 26(f) conference.

**IT IS SO STIPULATED.**

DATED this 27th day of January 2023.

**GALLIAN WELKER & ASSOCIATES, L.C.**

_____
Nathan E. Lawrence, NBN 15060
nlawrence@vegascase.com
*Attorneys for Plaintiff*

DATED this 27th day of January 2023.

**JASON M. FRIERSON,**
United States Attorney

/s/ Lindsay Ager
Lindsay Ager, NBN 11985
Lindsay.Ager@usdoj.gov
*Attorneys for Defendant United States*

---

[1] Subject to the provisions of chapter 171 of this title, the district courts, together with the United States District Court for the District of the Canal Zone and the District Court of the Virgin Islands, shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

**ORDER**
IT IS SO ORDERED
DATED: 3:06 pm, January 30, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**