JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Sterling Hardisty Taylor,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES I to X, inclusive, collectively,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00435-APG-BNW<br><br>**Stipulation and Order to Extend Time to File a Response (Second Request)** |

　　　　Plaintiff and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for Defendants to file and serve a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 33, filed 1/31/23).

　　　　The current deadline for the United States to respond to the Plaintiff's Complaint is March 8, 2023.

　　　　The parties, through undersigned counsel, stipulate and request that the Court approve a two-weeks extension of time, from March 8, 2023, to March 22, 2023, for the United States of America to file a response to the Complaint. This is the second request for an extension of time after the Court denied the first request for failure to provide a reason for the extension under LR IA 6-1(a). ECF No. 36 The parties need the additional time as the United States is evaluating the contractual obligations with American Land & Leisure, which was the company that was maintaining the Lucerne Campgrounds in Manila, Utah, at the time of the Plaintiff's incident. The additional time is necessary to complete the

evaluation of such contractual obligations and to determine the necessity of filing a third-party complaint against American Land & Leisure.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to **March 22, 2023**. The parties also request that the Court extend the deadline to hold their Federal Rule of Civil Procedure 26(f) conference from March 22, 2023 to **March 29, 2023**, due to this stipulation.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 8th day of March 2023.

| | |
|---|---|
| GALLIAN WELKER & ASSOCIATES, L.C | JASON M. FRIERSON<br>United States Attorney |
| */s/ Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>Nevada Bar Number 15060<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 13, 2023

2