JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sterling Hardisty Taylor, | Case No. 2:22-cv-00435-APG-BNW |
| Plaintiff, | **Stipulation and Order to Extend Time to File a Response (Fifth Request)** |
| v. | |
| UNITED STATES OF AMERICA and DOES I to X, inclusive, collectively, | |
| Defendants. | |

Plaintiff and Defendants through undersigned counsel, hereby submit this stipulation to extend the date for Defendants to file and serve a responsive pleading to Plaintiff's First Amended Complaint (ECF No. 33, filed 1/31/23).

The current deadline for the United States to respond to the Plaintiff's Complaint is May 15, 2023.

The parties, through undersigned counsel, stipulate and request that the Court approve a one-week extension of time, from May 15, 2023, to May 22, 2023 for the United States of America to file a response to the First Amended Complaint. This is the fifth request for an extension of time. The additional time is needed because Defendant's counsel has an emergency medical appointment at UCLA and will be away from the office.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to **May 22, 2023**. Due to the stipulation, the parties also request that the Court extend the deadline for the Rule 26(f) conference from June 5, 2023,

to **June 12, 2023** and the deadline to submit the Joint Discovery Plan and Scheduling Order to **June 26, 2023**.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 8th day of May 2023.

| | |
|---|---|
| GALLIAN WELKER & ASSOCIATES, L.C | JASON M. FRIERSON<br>United States Attorney |
| */s/Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>Nevada Bar Number 15060<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 9, 2023