JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sterling Hardisty Taylor,<br><br>            Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES I to X, inclusive, collectively,<br><br>            Defendants. | Case No. 2:22-cv-00435-APG-BNW<br><br>**Stipulation to Extend Deadline to Submit Defendant's Reply in Support of Motion to Dismiss (ECF No. 45) (First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to 4 days extension, from June 12, 2023, to June 16, 2023, for Defendant to file its reply brief in support of its Motion to Dismiss (ECF No. 45). This is the first extension of the reply deadline.

///
///
///
///
///
///
///
///

The United States' counsel seeks this extension due to depositions scheduled in another case the week beginning on June 12, 2023.

Respectfully submitted this 9th day of June 2023.

| | |
|---|---|
| GALLIAN WELKER & ASSOCIATES, L.C | JASON M. FRIERSON<br>United States Attorney |
| */s/Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>Nevada Bar Number 15060<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**2:22-cv-00435-APG-BNW**
**Taylor v. United States of America**

**DATED:** June 12, 2023