JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Sterling Hardisty Taylor,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES I to X, inclusive, collectively,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00435-APG-BNW<br><br>**Stipulation to Extend Deadline to Submit Defendant's Reply in Support of Motion to Dismiss (ECF No. 45) (Second Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to one week extension from June 16, 2023, to June 23, 2023, for Defendant to file its reply brief in support of its Motion to Dismiss (ECF No. 45). This is the second extension of the reply deadline.

///
///
///
///
///
///
///
///

The United States' counsel seeks this additional extension due to out of state medical appointments scheduled the weeks beginning June 12 and June 19, 2023, which will not allow her enough time to prepare and file the Reply by the current deadline.

Respectfully submitted this 13th day of June 2023.

| | |
|---|---|
| GALLIAN WELKER & ASSOCIATES, L.C | JASON M. FRIERSON<br>United States Attorney |
| */s/Nathan E. Lawrence*<br>NATHAN E. LAWRENCE<br>Nevada Bar Number 15060<br>730 Las Vegas Blvd. S., Ste. 104<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>Nevada Bar Number 12504<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101<br>*Attorney for Defendants* |

**IT IS SO ORDERED:**

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

**2:22-cv-00435-APG-BNW**

**TAYLOR V. UNITED STATES**

**DATED:** June 14, 2023