JASON M. FRIERSON, ESQ.
United States Attorney
Nevada Bar No. 7709
VIRGINIA A. TOMOVA, ESQ.
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Virginia.tomova@usdoj.gov

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY& WESTBROOK, P.C.
11500 S. Eastern Avenue, Suite 140
Henderson, NV  89052
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant, United States of America*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES I to X, inclusive; collectively,<br><br>Defendants. | CASE NO.: 2:22-cv-00435-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSE**<br><br>**(SIXTH REQUEST**) |

Plaintiff, STERLING HARDISTY TAYLOR (herein after "Plaintiff") and Defendant, UNITED STATES OF AMERICA (hereinafter "Defendant"), by and through their respective counsel of record, do hereby stipulate to extend the deadline to file and serve a responsive pleading to Plaintiff's First Amended Complaint filed January 31, 2023.

1

The deadline for Defendant to respond to Plaintiff's First Amended Complaint was recently delayed due to a pending Motion to Dismiss, with the Order Denying said Motion having been entered December 18, 2023. Pursuant to F.R.C.P. 12(a)(4)(A) the deadline for parties to file and serve their response to Plaintiff's First Amended Complaint is currently January 1, 2024.

However, by and through the undersigned counsel, the parties hereby stipulated and request that the current deadline be extended by twenty-five (25) days for Defendant to file and serve their response to Plaintiff's First Amended Complaint. The additional time is needed to allow various Federal Agencies within the United States of America to review and approve such a response.

Therefore, the parties request that the Court extend the deadline for Defendant, UNITED STATES OF AMERICA, to answer, or otherwise respond, to Plaintiff's First Amended Complaint to **January 26, 2024.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

This stipulation is filed in good faith and not for the purpose of delay, particularly as discovery has already commenced, with depositions of various parties/witnesses already coordinated and underway.

DATED this 27th day of December, 2023

**GALLIAN WELKER & ASSOCIATES, L.C.**

*/s/ Nathan E. Lawrence*
Michael I. Welker, Esq.
Nevada Bar No. 7950
Travis N. Barrick, Esq.
Nevada Bar No. 9257
Nathan E. Lawrence, Esq.
Nevada Bar No.  15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 27th day of December, 2023

**PERRY & WESTBROOK**

*/s/ Alan Westbrook*
Alan W. Westbrook, Esq.
Nevada Bar No. 6167
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052

Jason M. Frierson, Esq.
Nevada Bar No. 7709
Virginia T. Tomova, Esq.
Nevada Bar No. 12504
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED:   12/28/2023

_____
UNITED STATES MAGISTRATE JUDGE

3