JASON M. FRIERSON, ESQ.
United States Attorney
Nevada Bar No. 7709
VIRGINIA A. TOMOVA, ESQ.
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Virginia.tomova@usdoj.gov

ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 06167
PERRY& WESTBROOK, P.C.
11500 S. Eastern Avenue, Suite 140
Henderson, NV  89052
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant, United States of America*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| STERLING HARDISTY TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and DOES I to X, inclusive; collectively,<br><br>Defendants. | CASE NO.: 2:22-cv-00435-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED this 27th day of January, 2025.	DATED this 27th day of January, 2025.

LAWRENCE & LAWRENCE LAW, PLLC	PERRY & WESTBROOK
	A Professional Corporation

 */s/ Nathan E. Lawrence*	 */s/ Alan W. Westbrook*
NATHAN E. LAWRENCE, ESQ.	ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 15060	Nevada Bar No. 6167
9480 S. Eastern Ave., Ste 213	11500 S. Eastern, Suite 140
Henderson, Nevada 89123	Henderson, Nevada 89052
*Attorneys for Plaintiff*

JASON M. FRIERSON, ESQ.
United States Attorney
Nevada Bar No. 7709
VIRGINIA A. TOMOVA, ESQ.
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101

*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: January 30, 2025